**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:02-cr-5440 OWW |
| | ) | |
| Plaintiff, | ) | ORDER RE: RETURN OF |
| | ) | PROPERTY |
| v. | ) | |
| | ) | |
| MARTHIAS ZEWDIE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The Defendant has made a motion for return of property.

    The government's response reveals that the property he seeks, a black duffel bag and red gym bag were searched, but not seized and were left behind in the residence where the Defendant was arrested.

    The Court has ordered the government to determine the whereabouts of the items, however, as the items were never in the custody of government agents, the government denies ever seizing clothing items in the black bag, 60 music CDs, a watch, gold bracelet, or $860.00.  There is no mention of a laptop computer.

    It appears that the government does not possess the property identified by Petitioner.

1

1  In the event that Petitioner seeks to further pursue his
2 property, he must proceed expeditiously in accordance with the
3 law governing the filing of government claims.

5 SO ORDERED.

7 DATED:  April 20, 2005                /s/ OLIVER W. WANGER

9                                   _____
                                      Oliver W. Wanger
                                      **UNITED STATES DISTRICT JUDGE**

10 zewdie order

CERTIFICATE OF SERVICE

```
UNITED STATES OF AMERICA         )
                                 )
                                 )
             VS                  )    CR F 02-5440 OWW
                                 )
MARTHIAS ZEWDIE,                 )
_____)
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U. S. District Court, Eastern District of California at Fresno.

I served on April 25, 2005 a copy of the attached by placing said copy in a postage-paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the United States Mail at Fresno, California; or by placing said copy into an inter-office delivery receptacle located in the Clerk's Office.

SERVED BY MAIL

Marthias Zewdie
P O Box 7000
Bldg. 5852
FCI Fort Dix
Fort Dix, NJ  08640


SERVED BY INTER-OFFICE DELIVERY

United States Attorney

                              By G. Lucas
                                 Deputy Clerk

3