IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/<br>Respondent,<br><br>vs.<br><br>MATHIAS ZEWDIE,<br><br>Defendant/<br>Petitioner. | No. CR-F-02-5440 OWW<br><br>ORDER DENYING PETITIONER ZEWDIE'S "EXTRAORDINARY RELIEF (MANDAMUS, SUMMARY JUDGMENT FOR RETURN OF PROPERTY, ETC.)"  (Doc. 192) |

On March 7, 2005, Mathias Zewdie filed a motion for return of property.  The United States was ordered to respond to the motion.  The United States denied ever having custody or control of any of the property listed in Petitioner's motion.  Petitioner filed a reply.  By Order filed on April 25, 2005, Petitioner's motion for return of property was denied on the ground that the United States does not possess the property identified by Petitioner and further stating:

> In the event that Petitioner seeks to further

1

>     pursue his property, he must proceed
>     expeditiously in accordance with the law
>     governing the filing of government claims.

(Doc. 189).

On February 16, 2006, Petitioner filed an "Extraordinary Relief (Mandamus, Summary Judgment for Return of Property, Etc.)", (Doc. 192).

Petitioner's February 16, 2006 pleading essentially makes contentions previously made to the Court in connection with Petitioner's initial motion for return of property.  Because Petitioner's initial motion for return of property was denied by Order filed on April 25, 2005, Petitioner's February 16, 2006 pleading is denied as moot.

IT IS SO ORDERED.

Dated:   August 14, 2008                  /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE