1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT FOR THE

7              EASTERN DISTRICT OF CALIFORNIA

8

9   MATHIAS DEGEFU ZEWDIE,          )        No. CV-F-05-399 OWW
                                    )        (No. CR-F-02-5440 OWW
10                                  )
                                    )        SECOND ORDER DIRECTING
11              Petitioner,         )        UNITED STATES TO FILE
                                    )        RESPONSIVE PLEADING
12         vs.                      )
                                    )
13                                  )
    UNITED STATES OF AMERICA,       )
14                                  )
                                    )
15              Respondent.         )
                                    )
16   _____)

17        By Order filed on August 15, 2008, the Federal Defender was

18   ordered to appoint independent counsel to represent Petitioner

19   Zewdie in connection with his claim of ineffective assistance of

20   counsel because of counsel's alleged failure to file a Notice of

21   Appeal after being requested to do so by Petitioner.  The United

22   States was ordered to file a responsive pleading to Petitioner's

23   claim within 30 days of the filing date of the August 15, 2008

24   Order.

25        Although Carolyn Phillips has entered an appearance on

26   behalf of Petitioner, there has been no compliance with the

1

1 | **August 15, 2008 Order by the United States.**

2 |     **Accordingly:**

3 |     **1.  The United States is ordered to file a responsive**

4 | **pleading within 30 days of the filing date of this Order to**

5 | **Petitioner's claim.**

6 |     IT IS SO ORDERED.

7 | **Dated:**    **October 7, 2008**                 **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE